IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROCCO DOMINIC TINOCO,

    Plaintiff,

v.                                                     Case No. 19-cv-0712 KG-SCY

UNITED STATES OF AMERICA, *et al*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's Civil Rights Complaint (Doc. 1) is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE